**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-556

---

In Re: RONALD FLOYD JACKSON,

Petitioner.

---

On Petition for Writ of Mandamus.  (CR-90-254)

---

Submitted:  September 10, 1998      Decided:  September 22, 1998

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Ronald Floyd Jackson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Floyd Jackson brought this mandamus petition seeking an order directing the district court to act upon his "Motion for Relief from Judgment for Lack of Subject Matter Jurisdiction." The record reveals that the district court mooted this motion by minute entry dated March 24, 1998. Because the district court has acted on Jackson's motion, albeit by minute entry, there is no cause for this court to grant Jackson's petition for rehearing.

To the extent that Jackson might challenge the propriety of the order's disposition, mandamus relief cannot be used as a substitute for a direct appeal of the district court's order mooting Jackson's motion. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Further, Jackson has other avenues for seeking the requested relief, so mandamus relief is not warranted. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Accordingly, although we grant Jackson's motion to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED